AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| SAMUEL GARCIA-SANCHEZ | CASE NUMBER: 08 CR 1945 - BTM |

I, __SAMUEL GARCIA-SANCHEZ__, the above named defendant, who is accused committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Samuel Garcia Sanchez
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer

FILED
JUN 12 2008